DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BARBARA L. STEPHENS,

Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
THE HARBORVIEW MORTGAGE LOAN TRUST 2006-BU1,
MORTGAGE LOAN PASS-THROUGH CERTIFICATES,
SERIES 2006-BU1,

Appellee.

No. 2D20-3492

_____

September 15, 2021

Appeal from the Circuit Court for Sarasota County; Hunter W.
Carroll, Judge.

Barbara L. Stephens, pro se.

Joseph T. Kohn and Benjamin B. Brown of Quarles & Brady LLP,
Naples, for Appellee.


PER CURIAM.


        Affirmed.

MORRIS, C.J., and KELLY and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.